[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 16-15207
Non-Argument Calendar

————————————————

D.C. Docket No. 1:15-cr-00038-JRH-BKE-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TYRONE BOBO JOHNSON,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Southern District of Georgia

————————————————

(June 20, 2017)

Before TJOFLAT, WILLIAM PRYOR and ROSENBAUM, Circuit Judges.

PER CURIAM:

Beau A. Worthington, appointed counsel for Tyrone Bobo Johnson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Johnson's conviction and sentence are **AFFIRMED**.